AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:24-mj-00046 |
| Larry Freligh | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 2/6/2024 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Larry Freligh_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, and Demonstrating in a Capitol Building.

Date: __02/06/2024__

Digitally signed by G. Michael Harvey
Date: 2024.02.06 10:06:08 -05'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__   __G. Michael Harvey, U.S. Magistrate Judge__
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __02/06/2024__, and the person was arrested on *(date)* __02/12/2024__
at *(city and state)* __Montgomery, AL__.

Date: __02/12/2024__

*Arresting officer's signature*

__MATTHEW D MINSHEW   Special Agent__
*Printed name and title*